UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROLAND MCBOUNDS,<br>Plaintiff,<br>v.<br>PANAG,<br>Defendant. | No. 2:25-cv-0773-CKD P<br><br>ORDER |

Plaintiff filed this case while he was a state prisoner and he proceeds pro se and in forma pauperis seeking relief under 42 U.S.C. § 1983. On June 6, 2026, defendant filed a motion to compel seeking an order compelling plaintiff to respond to written discovery requests. (ECF No. 25.) Plaintiff has not filed a timely opposition to the motion or filed a statement of non-opposition.

Local Rule 230(l) requires plaintiff to "file written opposition or… a statement of no opposition" to the motion discussed above and failure to do so "may be deemed a waiver of any opposition to the granting of the motion." In addition, under Local Rule 110, failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. The court now specifically cautions plaintiff that failure to comply with the Local Rules or the court's orders may result in dismissal of this action.

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these admonitions in place, the court will grant plaintiff an extension of time to oppose defendant's motion to compel plaintiff's responses to written discovery. Plaintiff shall file a response to that motion within 21 days of service of this order.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Within 21 days from service of this order, plaintiff shall file an opposition, if any, or a statement of non-opposition to defendant's motion to compel responses to written discovery; defendant may file a reply within 14 days of any opposition filed by plaintiff.
2. Plaintiff is cautioned that failure to respond to this order will be deemed as plaintiff's consent to have the motion granted and may result in additional sanctions as set forth herein.
3. The October 9, 2026, motion deadline for dispositive motions is vacated and will be re-set at a later date, if appropriate.

Dated: August 4, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mcbo0773.nooppo.mtc