UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROLAND MCBOUNDS, Plaintiff, v. PANAG, Defendant. | No. 2:25-cv-00773-CKD P<br><br>ORDER |

Plaintiff Mark Roland McBounds filed this civil rights action under 42 U.S.C. § 1983 while confined in state prison. He proceeds without counsel and in forma pauperis.

On June 6, 2026, defendant Panag filed a motion to compel seeking an order compelling plaintiff to respond to Requests for Admissions and Interrogatories served to plaintiff on April 6, 2025. (ECF No. 25 at 4.). On July 31, 2026, defendant filed another motion to compel seeking to compel plaintiff's deposition, stating plaintiff has been paroled and did not appear for his properly noticed deposition on July 28, 2026. (ECF No. 26 at 4.)

On August 4, 2026, the undersigned cautioned plaintiff his failure to file a response to the first motion to compel motion violates the court's local rules and is a ground for sanctions up to and including dismissal of this case. (ECF No. 27.) Plaintiff was ordered to file any opposition to the June 6, 2026, motion to compel within 21 days of that order. (Id. at 2.) Plaintiff was specifically cautioned that failure to respond, "will be deemed as plaintiff's consent to have the

motion granted and may result in additional sanctions[.]" (Id.) Plaintiff has not filed an opposition to either motion to compel or otherwise responded to the court's order. Accordingly, the motions to compel will be granted. See Local Rule 230(l).

In accordance with the above, IT IS ORDERED as follows:

1. Defendant's motions to compel (ECF No. 25, 26) are GRANTED.
2. Plaintiff shall provide responses to defendant's Requests for Admissions and Interrogatories served to plaintiff on April 6, 2025, within 21 days of the date of this order.
3. Plaintiff shall attend and participate in his deposition if properly re-noticed.
4. If plaintiff does not intend to prosecute this case further, plaintiff shall pursue stipulating with defendant's counsel to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
5. Plaintiff is cautioned that failure to comply with this court order may result in various sanctions, up to and including dismissal of this case.

Dated: September 23, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mcbo0384.mtc